1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                            EASTERN DISTRICT OF CALIFORNIA
9
   MARY H. MCKENZIE,                    )        1:10cv02036 AWI DLB
10                                       )
                                         )
11                                       )
                                         )        ORDER GRANTING EXTENSION
12              Plaintiff,               )        OF TIME
                                         )
13         vs.                           )        (Document 12)
                                         )
14   MICHAEL J. ASTRUE,                  )
     Commissioner of Social Security,    )
15                                       )
                                         )
16              Defendant.               )
17   _____)
18
19         On June 14, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an
20   extension of time to serve her confidential letter brief.  The parties' request is GRANTED.
21   Plaintiff's confidential letter brief SHALL be served on Defendant on or before July 18, 2011.
22         IT IS SO ORDERED.
23      **Dated:   June 15, 2011**              _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
                                               1