1 BENJAMIN B. WAGNER
United States Attorney
2 DONNA CALVERT
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
BRENDA M. PULLIN
4 Special Assistant United States Attorney
Social Security Administration

      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8975
      Facsimile: (415) 744-0134
      E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY H. MCKENZIE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:10cv02036-AWI-DLB<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief. The extension is needed due to defense counsel's recent medical leave, and to allow for proper review of the case in light of the arguments for remand presented in Plaintiff's brief. Defendant's current deadline is October 11, 2011, and the new deadline will be November 10, 2011.

The Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 11, 2011          */s/ Harvey P. Sackett*
                                 (As authorized via email)
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff

Dated: October 11, 2011          BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Brenda M. Pullin
                                 BRENDA M. PULLIN
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

IT IS SO ORDERED.

   Dated:   **October 13, 2011**           **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE