1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney
   Social Security Administration
5
          333 Market Street, Suite 1500
6         San Francisco, California  94105
          Telephone:  (415) 977-8975
7         Facsimile:  (415) 744-0134
          E-Mail:Brenda.Pullin@ssa.gov
8
   Attorneys for Defendant
9
                       UNITED STATES DISTRICT COURT
10
                       EASTERN DISTRICT OF CALIFORNIA
11
                              FRESNO DIVISION
12

13  MARY H. MCKENZIE,                    )
                                         )   CIVIL NO. 1:10cv02036-AWI-DLB
14         Plaintiff,                    )
                                         )
15         v.                            )   STIPULATION AND ORDER FOR FIRST
                                         )   EXTENSION OF TIME
16  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
17                                       )
           Defendant.                    )
18  _____ )

19

20      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

21  of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to

22  Plaintiff's opening brief.  The extension is needed due to defense counsel's recent medical leave, and to

23  allow for proper review of the case in light of the arguments for remand presented in Plaintiff's brief.

24  Defendant's current deadline is October 11, 2011, and the new deadline will be November 10, 2011.

25

26

27

28

The Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: October 11, 2011          */s/ Harvey P. Sackett*
                                    (As authorized via email)
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff

Dated: October 11, 2011          BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Brenda M. Pullin
                                    BRENDA M. PULLIN
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   October 13, 2011**                 **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE